# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RHAHEMIAH NIASHEE McNAIR,<br><br>Defendant. | Case No. 3:20-cr-00038-SLG-DMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 45. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Deborah M. Smith by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Mr. McNair entered a guilty plea to Count 1 of the Indictment, Credit Union Theft, which is in violation of 18 U.S.C. § 2113(b), and is described as Bank Larceny.

Judge Smith issued a Final Report and Recommendation at Docket 50, in which she recommended that the District Court accept the Defendant's plea of guilty to Count 1 of the Indictment. She also recommended that the Court order

restitution in the amount of $5,482.95. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment – Credit Union Theft, which is in violation of 18 U.S.C. § 2113(b), and is described as Bank Larceny in the plea agreement, and Defendant is adjudged GUILTY of Count 1. The Court will order restitution in the amount of $5,482.95.

The Imposition of Sentence hearing in this matter is confirmed for **January 14, 2021 at 10:00 a.m.** in Anchorage Courtroom 3.

DATED this 17th day of November, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cr-00038-SLG-DMS, *USA v. McNair*
Order re Final Report and Recommendation
Page 2 of 2
Case 3:20-cr-00038-SLG-DMS   Document 53   Filed 11/17/20   Page 2 of 2